[No. 12335-9-III.    Division Three.    April 26, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v.
JOSE R. LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 91-1-50126-1, Dennis D. Yule, J., entered March 31, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.

[No. 11978-5-III.    Division Three.    April 26, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v.
TRACY A. LOCATI, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 91-1-00167-4, Yacey Reser, J., entered September 30, 1991. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ.